UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SIXTH DIVISION

| | |
|---|---|
| Dennis Miller,<br><br>Plaintiff,<br><br>v.<br><br>Wild Horse Express,<br><br>Defendant. | Case No.: 00-CV-668 DWF/RLE<br><br>**STIPULATION AND AGREED ORDER FOR EXTENSION OF TIME IN WHICH TO PLEAD OR OTHERWISE RESPOND** |

Plaintiff Dennis Miller and Defendant Wild Horse Express, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The time within which Defendant may answer, plead, or otherwise respond to Plaintiff's Complaint shall be extended to June 9, 2000; and

2. The Court may enter the aforesaid extension of time in the form of the Agreed Order below.

Dated: May 30, 2000

KEVIN CARPENTER – INJURY LAWYER

By: [signature]
Kevin S. Carpenter Reg. No. 15258
26 North Sixth Avenue, Suite 350
P.O. Box 745
St. Cloud, Minnesota 56302
(320) 251-3434

**ATTORNEY FOR PLAINTIFF DENNIS MILLER**

FILED JUN 02 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: May 25, 2000

HINSHAW & CULBERTSON

By: ______________________________
Russell S. Ponessa Reg. No. 169316
Scott B. Paxton Reg. No. 296284
3100 Piper Jaffray Tower
222 South Ninth Street
Minneapolis, MN 55402
(612) 333-3434

**ATTORNEYS FOR DEFENDANT WILD HORSE EXPRESS**

**ORDER**

Pursuant to the Stipulation of the parties, it is hereby ORDERED that the time within which Defendant may answer, plead, or otherwise respond to Plaintiff's Complaint shall be and hereby is extended to June 9, 2000.

Dated: June 2, 2000

BY THE COURT:

______________________________
Raymond L. Erickson
Magistrate Judge, United States District Court
District of Minnesota