UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Dennis Miller,

Plaintiff,

vs. MINUTE ORDER

Wild Horse Express,

Defendant. Civ. No. 00-668 (DWF/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 1st day of March, 2001.

* * *

On March 1, 2001, the Court heard the Plaintiff's informal Motion to extend his expert disclosure deadline by a period of three months as a result of the disappearance and/or death of his previously designated medical experts. At the time of the Hearing, the Plaintiff appeared by Kevin S. Carpenter, Esq., and the Defendant appeared by Russell S. Ponessa, Esq. The Defendant does not oppose the Motion, but asks that extensions also be granted to the remaining pretrial deadlines, with the exception of the Motion to Amend deadline. As stated at the close of the Hearing, the Motion is granted for good cause shown, and the pretrial deadlines shall be extended as memorialized by this Order.

NOW, THEREFORE, It is --

FILED MAR 01 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(13)

ORDERED:

1. That discovery shall close on **August 15, 2001.**

2. That all nondispositive Motions shall be filed and the Hearing thereon completed prior to **September 15, 2001.**

3. That the Plaintiff's expert disclosures shall be made on or before **June 1, 2001,** and the Defendant's expert disclosures shall be made on or before **July 15, 2001.**

4. That all dispositive Motions shall be filed and the Hearing thereon completed prior to **October 15, 2001.**

5. That this case shall be "Ready for Trial" on **November 15, 2001,** or 30 days after the Court renders its Order on any dispositive Motion (whichever is later), at which time the case will be placed on the Court's **Jury** Trial calendar.

6. That all the remaining terms and conditions of the Court's Pretrial Schedule of September 19, 2000, shall continue in full force and effect.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE