UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SIXTH DIVISION

| | | |
|---|---|---|
| Dennis Miller, Plaintiff, v. Wild Horse Express, Defendant. | ) ) ) ) ) ) ) ) ) | Court File No. 00-CV-668 DWF/RLE<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the above-entitled action may be dismissed on the merits with prejudice pursuant to Rule 41.01 of the Federal Rules of Civil Procedure and that the Court may enter and file the following Order.

Dated: 7-16-01, 2001.

KEVIN CARPENTER - INJURY LAWYER

By Kevin S. Carpenter
Kevin S. Carpenter Reg. No. 15258
204 Midsota Center
3701 12th Street North
St. Cloud, MN 56303
(320) 251-3434

ATTORNEYS FOR PLAINTIFF DENNIS MILLER

JUL 19 2001
FILED
RICHARD D. SLETTEN
JUDGMENT ENTD. JUL 19 2001
DEPUTY CLERK

HC26DS4/ 4698/ 26547020.v 7/12/2001

Dated: July 17, 2001.

HINSHAW & CULBERTSON

By ______________________

Russell S. Ponessa Reg. No. 169316
3100 Piper Jaffray Tower
222 South Ninth Street
Minneapolis, MN 55402
(612) 333-3434

ATTORNEYS FOR DEFENDANT WILD HORSE EXPRESS

**ORDER**

Based upon the foregoing STIPULATION,

IT IS HEREBY ORDERED that the above-entitled action is dismissed on the merits with prejudice and without further costs, disbursements or attorneys' fees to any party.

IT IS FURTHER ORDERED that the Clerk shall enter JUDGMENT accordingly.

Dated: 7/19, 2001.

BY THE COURT:

______________________
United States District Court Judge

# Please forward this announcement to the recipient of this fax.

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500